| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Law Offices Of: MATTHEW H. CAPRON <br> 2220 OTAY LAKES RD., SUITE 502-92 <br> CHULA VISTA, CA  91915 | | | | |
| Telephone No: 619-847-3100 | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Southern District Of California | | | | |
| Plaintiff: LUMINENCE, LLC | | | | |
| Defendant: AZIATEC, INC | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 16CV2898-MMA-AGS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Civil Cover Sheet

3. a. Party served:        AZIATEC, INC
   b. Person served:    STELLA CHANG

4. Address where the party was served:    744 ASHCOMB DR.
                                                                          La Puente, CA  91744

5. I served the party:
   b. **by substituted service.** On: Tue., Dec. 06, 2016 at: 7:25AM by leaving the copies with or in the presence of:
        STELLA CHANG-ACCEPTED SERVICE ON BEHALF OF DEFENDANT
   (2) **(Home)** Member Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Tue., Dec. 06, 2016  from: San Pedro, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHRIS  DEMIRDJIAN                          d. **The Fee** for Service was:    $430.00
   b. **SKIP-N-SERVE**                                e.  I am: (3)  registered California process server
   P.O. BOX 6848                                              (i)    Owner
   San Pedro, CA  90734                                (ii)   Registration No.:    4159
   c. (310) 831-1160, FAX (310) 833-7240     (iii)  County:                     Los Angeles
                                                                         (iv)  Expiration Date:     Fri, Jul. 07, 2017

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Dec. 06, 2016

Judicial Council Form POS-010            PROOF OF SERVICE            (CHRIS DEMIRDJIAN)
Rule 2.150.(a)&(b) Rev January 1, 2007                                                                                12871      .caprmatt.12740

| Attorney or Party without Attorney:<br>Law Offices Of: MATTHEW H. CAPRON<br>2220 OTAY LAKES RD., SUITE 502-92<br>CHULA VISTA, CA  91915<br><br>Telephone No: 619-847-3100 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of California | | | | | |
| Plaintiff: LUMINENCE, LLC | | | | | |
| Defendant: AZIATEC, INC | | | | | |
| **DECLARATION OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>16CV2898-MMA-AGS | |

1. I, CHRIS DEMIRDJIAN, and any employee or independent contractors retained by SKIP-N-SERVE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant AZIATEC, INC as follows:

2. Documents:    SUMMONS AND COMPLAINT; CIVIL COVER SHEET.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 11/30/16 | 8:35pm | Home | NO ANSWER; Attempt made by: CHRIS DEMIRDJIAN. Attempt at: 744 ASHCOMB DR.  La Puente, CA 91744. |
| Thu | 12/01/16 | 8:20pm | Home | NO ANSWER; Attempt made by: CHRIS DEMIRDJIAN. Attempt at: 744 ASHCOMB DR.  La Puente, CA 91744. |
| Fri | 12/02/16 | 3:50pm | Home | NO ANSWER; Attempt made by: CHRIS DEMIRDJIAN. Attempt at: 744 ASHCOMB DR.  La Puente, CA 91744. |
| Sat | 12/03/16 | 10:10am | Home | NO ANSWER; Attempt made by: CHRIS DEMIRDJIAN. Attempt at: 744 ASHCOMB DR.  La Puente, CA 91744. |

3. Person Executing
   a. CHRIS DEMIRDJIAN
   b. SKIP-N-SERVE
      P.O. BOX 6848
      San Pedro, CA  90734
   c. (310) 831-1160, FAX (310) 833-7240

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** for service was: $430.00
e. I am:    (3) registered California process server
   (i) Owner
   (ii) Registration No.:    4159
   (iii) County:    Los Angeles
   (iv) Expiration Date:    Fri, Jul. 07, 2017

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Tue, Dec. 06, 2016

DECLARATION OF DUE DILIGENCE   (CHRIS DEMIRDJIAN)

12871.caprmatt.12740